# CERTIFICATE OF SERVICE

I, ___Daniela Dimovski (P60278)___, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that on March 23, 2010, I served a copy of this summons and a copy of the Complaint filed in this proceeding, on the attorney for the named Defendant in this proceeding, by:

**X** Certified Mail to:          CITI MORTGAGE, INC.
Resident Agent- The Corporation Company
30600 Telegraph Road
Bingham Farms, MI 48025

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following adult at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under Penalty of perjury, I declare that the foregoing is true and correct.

Date: 3-23-2010         Signature:/s/ Daniela Dimovski

Print Name: ___Daniela Dimovski (P60278)___

Business Address: 44200 Garfield Rd. Suite 124

City: Clinton Township State: ___Michigan___ Zip: ___48038___

# U.S. Bankruptcy Court
## Eastern District of Michigan

In re:

Bankruptcy Case No.10−48420−tjt

JAMES MIELE AND SUSAN MIELE
    Debtor

Adversary Proceeding No.10−04960−tjt

JAMES MIELE
SUSAN MIELE
    Plaintiff

v.
CITI MORTGAGE INC
    Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

---

**Address of Clerk**

    **Clerk, U.S. Bankruptcy Court**
    **Eastern District of Michigan**
    **211 West Fort Street**
    **Detroit, Michigan 48226**

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**
    **Daniela Dimovski**
    **44200 Garfield Rd.**
    **Suite 124**
    **Clinton Township, MI 48038**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

IF THE DEFENDANT IS A CORPORATION, OTHER THAN THE DEBTOR OR A GOVERNMENT UNIT, NOTICE IS HEREBY GIVEN THAT PURSUANT TO FED.R.BANK.P.7007.1, THE DEFENDANT/CORPORATION IS REQUIRED TO FILE TWO COPIES OF A CORPORATE OWNERSHIP STATEMENT ON A FORM AVAILABLE FROM THE CLERK. [See www.mieb.uscourts.gov]

        Date Issued:
        03/22/2010



/s/
_____
Katherine B. Gullo, Clerk of Court
United States Bankruptcy Court

CSD 3007